Court of Appeals          1st District          Rec'd
FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
DEC 29 2014
CHRISTOPHER A. PRINE
CLERK          12-23-14

Travis W Coleman Jr                                        01-13-00038-CR
Cause #66103

    I pray that the court hears my plea of an additional 30 days to submit my PDR. I planned on it being finished at an earlyer point of time but I'm learning this as I go. As a result I'm not even quite sure if in fact my first 30 days has begun. I recieved a form of confirmation I would be allowed a 2nd opportunity to present a PDR. I was told there would be another confirmation and from there the 30 day period would begin. Not quite believing yet having no rules to go by in my special circumstances I took note of what I was told & just planned to be done before 30 days from the first confirmation I recieved. I've worked to hard to get this 2nd opportunity to let it slip. So I beg the Court to hear my plea of additional time reason being I'm learning this as I go. My units law library has very poor services and delays in getting there. I ask if my 30 days has not in fact yet begun I be made aware of this and that process. I apologize if my form of motion/plea is not usual standards or proticals. My resources are limited like I've made known. I beg the Court to forgive this if its a problem. I've worked really hard to get where I am.

    Lastly I'm putting this in the mailbox tonight. 12-23-14. I dont know if TDC mail goes out on Christmas evening to get there in time. But I'm just real nervous and not to knowledgable on all this so forgive me.

Sincerly Pleading
Travis Wade Coleman Jr

FILED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk